# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BHAGAT SINGH, an individual, and RAMYA SHARMA, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 4:26-CV-03595-HSG<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT (as modified)** |

## <u>ORDER</u>

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of Alameda. The Clerk is directed to close the case.

IT IS SO ORDERED.

DATED: 5/21/2026

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT
CASE NO.: 4:26-CV-03595-HSG